Nancy Sher Cohen (Bar No. 81706)
ncohen@proskauer.com
Ronald A. Valenzuela (Bar No. 210025)
rvalenzuela@proskauer.com
PROSKAUER LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA  90067-3206
Telephone:     (310) 557-2900
Facsimile:     (310) 557-2193

Richard M. Goldstein*
Lawrence I. Weinstein*
Michael T. Mervis*
Baldassare Vinit*
PROSKAUER LLP
1585 Broadway
New York, NY  10036-8299
Telephone:     (212) 969-3000
Facsimile:     (212) 969-2900
* *Admitted pro hac vice*

Attorneys for Defendant
Church & Dwight Co., Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT GORDON, MELE LAU-SMITH, and DOES 1-100,<br><br>PLAINTIFFS,<br><br>v.<br><br>CHURCH & DWIGHT CO., INC.; and ROES 1-100,<br><br>DEFENDANTS. | Case No.: 09-cv-05585-PJH<br><br>**STIPULATION RE CONTINUING HEARING ON PLAINTIFFS' MOTION TO REMAND AND DEFENDANTS' MOTION TO DISMISS AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER THEREON** |

WHEREAS, on or about October 30, 2009, Plaintiffs Robert Gordon and Mele

Lau-Smith filed a complaint against Defendant Church & Dwight Co., Inc. ("Church

& Dwight") in the Superior Court of California, In and For The County of San Francisco, and service of the Complaint was effected on November 24, 2009;

WHEREAS, Church & Dwight removed this action from state court to the United States District Court for the Northern District of California on November 24, 2009;

WHEREAS, on December 9, 2009, the parties stipulated to a brief extension of the deadline for Church & Dwight to respond to the complaint, and there have been no other time modifications in this case;

WHEREAS, on December 24, 2009, Plaintiffs filed a motion to remand this case to state court ("Motion to Remand"), Church & Dwight filed its Opposition on January 27, 2010, to that motion and Plaintiffs' reply brief must be filed and served on or before February 3, 2010;

WHEREAS, on January 13, 2010, Church & Dwight filed a motion to dismiss this case pursuant to Federal Rule of Civil Procedure 12(b)(6) ("Motion to Dismiss"), Plaintiffs filed their Opposition to that motion on January 27, 2010, and Church & Dwight's reply brief must be filed and served on or before February 3, 2010;

WHEREAS, Plaintiffs' Motion to Remand and Church & Dwight's Motion to Dismiss are currently scheduled to be heard by this Court at 9:00 a.m. on February 17, 2010;

WHEREAS, counsel for Church & Dwight, Baldassare Vinti, who is responsible for the day-to-day management of this case and played a significant role in briefing the Motion to Dismiss and opposition to the Motion to Remand, must tend to his spouse as she recuperates from surgery that is scheduled for this week;

WHEREAS, Church & Dwight has relied upon Baldassare Vinti to prepare and implement its defense in this lawsuit and requests that Mr. Vinti assist in the preparation for oral argument of the pending motions;

WHEREAS, the Court's clerk has advised that the next available dates the Court can hear the pending motions are March 17, 24, or 31, 2010;

1    WHEREAS, the Court, by order dated November 24, 2009, scheduled the

2    Initial Case Management Conference in this matter for March 4, 2010;

3    WHEREAS, the Proskauer partners' retreat is scheduled for March 4, 2010;

4    WHEREAS, counsel for the parties met and conferred by telephone on January

5    29, and February 3, 2010, during which counsel for Church & Dwight asked

6    Plaintiffs to join Church & Dwight in requesting a reasonable continuance of the

7    hearing on the pending Motion to Remand and Motion to Dismiss and a continuance

8    of the Initial Case Management Conference to permit counsel for Church & Dwight

9    to attend to personal needs and other professional commitments, and Plaintiffs agreed

10   to join Church & Dwight in seeking a continuance;

11   WHEREAS, no trial date has been set, nor any order issued setting a pretrial or

12   discovery schedule for this case, and thus a brief continuance of the hearing on the

13   pending Motion to Remand and Motion to Dismiss and a continuance of the Initial

14   Case Management Conference will not affect any pretrial or trial deadlines or

15   schedules set in this case;

16   NOW, THEREFORE, PLAINTIFFS AND DEFENDANT HEREBY

17   STIPULATE AND REQUEST that the hearing on Plaintiffs' Motion to Remand and

18   Church & Dwight's Motion to Dismiss, and the Initial Case Management Conference

19   (along with all corresponding Fed. R. Civ. P. 16 and 26(f) dates accordingly) be

20   continued from February 17, 2010 and March 4, 2010, respectively, to March 24,

21   2010, or as soon thereafter as the matters can be heard by this Court.

22   Dated:  February 3, 2010          Proskauer LLP

23

24                                     By

25                                     _____/S/_____

26                                     Nancy Sher Cohen
                                       Attorneys for Defendant
27                                     Church & Dwight Co., Inc.

28
                                        3

Dated: February 3, 2010

Ropers, Majeski, Kohn &
Bentley LLP


By _____
Timothy Dolan
Attorneys for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: _____2/9/10_____

Hon. _____

IT IS SO ORDERED

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION RE CONTINUING HEARING ON PLAINTIFFS' MOTION TO REMAND AND DEFENDANTS'
MOTION TO DISMISS AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND PROPOSED
ORDER THEREON, CASE NO. 09-CV-05585-PJH