Nancy Sher Cohen (Bar No. 81706)
ncohen@proskauer.com
Ronald A. Valenzuela (Bar No. 210025)
rvalenzuela@proskauer.com
PROSKAUER LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA  90067-3206
Telephone:    (310) 557-2900
Facsimile:    (310) 557-2193

Richard M. Goldstein*
Lawrence I. Weinstein*
Michael T. Mervis*
Baldassare Vinit*
PROSKAUER LLP
1585 Broadway
New York, NY  10036-8299
Telephone:    (212) 969-3000
Facsimile:    (212) 969-2900
* *Admitted pro hac vice*

Attorneys for Defendant
Church & Dwight Co., Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROBERT GORDON, MELE LAU-SMITH, and DOES 1-100,<br><br>PLAINTIFFS,<br><br>v.<br><br>CHURCH & DWIGHT CO., INC.; and ROES 1-100,<br><br>DEFENDANTS. | Case No.: 09-cv-05585-PJH<br><br>**STIPULATION RE CONTINUING HEARING ON PLAINTIFFS' MOTION TO REMAND AND DEFENDANTS' MOTION TO DISMISS AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER THEREON** |

WHEREAS, on or about October 30, 2009, Plaintiffs Robert Gordon and Mele Lau-Smith filed a complaint against Defendant Church & Dwight Co., Inc. ("Church

1  & Dwight") in the Superior Court of California, In and For The County of San
2  Francisco, and service of the Complaint was effected on November 24, 2009;

3  WHEREAS, Church & Dwight removed this action from state court to the
4  United States District Court for the Northern District of California on November 24,
5  2009;

6  WHEREAS, on December 9, 2009, the parties stipulated to a brief extension of
7  the deadline for Church & Dwight to respond to the complaint, and there have been
8  no other time modifications in this case;

9  WHEREAS, on December 24, 2009, Plaintiffs filed a motion to remand this
10 case to state court ("Motion to Remand"), Church & Dwight filed its Opposition on
11 January 27, 2010, to that motion and Plaintiffs' reply brief must be filed and served
12 on or before February 3, 2010;

13 WHEREAS, on January 13, 2010, Church & Dwight filed a motion to dismiss
14 this case pursuant to Federal Rule of Civil Procedure 12(b)(6) ("Motion to Dismiss"),
15 Plaintiffs filed their Opposition to that motion on January 27, 2010, and Church &
16 Dwight's reply brief must be filed and served on or before February 3, 2010;

17 WHEREAS, Plaintiffs' Motion to Remand and Church & Dwight's Motion to
18 Dismiss are currently scheduled to be heard by this Court at 9:00 a.m. on February
19 17, 2010;

20 WHEREAS, counsel for Church & Dwight, Baldassare Vinti, who is
21 responsible for the day-to-day management of this case and played a significant role
22 in briefing the Motion to Dismiss and opposition to the Motion to Remand, must tend
23 to his spouse as she recuperates from surgery that is scheduled for this week;

24 WHEREAS, Church & Dwight has relied upon Baldassare Vinti to prepare and
25 implement its defense in this lawsuit and requests that Mr. Vinti assist in the
26 preparation for oral argument of the pending motions;

27 WHEREAS, the Court's clerk has advised that the next available dates the
28 Court can hear the pending motions are March 17, 24, or 31, 2010;

2

STIPULATION RE CONTINUING HEARING ON PLAINTIFFS' MOTION TO REMAND AND DEFENDANTS'
MOTION TO DISMISS AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND PROPOSED
ORDER THEREON, CASE NO. 09-CV-05585-PJH

WHEREAS, the Court, by order dated November 24, 2009, scheduled the Initial Case Management Conference in this matter for March 4, 2010;

WHEREAS, the Proskauer partners' retreat is scheduled for March 4, 2010;

WHEREAS, counsel for the parties met and conferred by telephone on January 29, and February 3, 2010, during which counsel for Church & Dwight asked Plaintiffs to join Church & Dwight in requesting a reasonable continuance of the hearing on the pending Motion to Remand and Motion to Dismiss and a continuance of the Initial Case Management Conference to permit counsel for Church & Dwight to attend to personal needs and other professional commitments, and Plaintiffs agreed to join Church & Dwight in seeking a continuance;

WHEREAS, no trial date has been set, nor any order issued setting a pretrial or discovery schedule for this case, and thus a brief continuance of the hearing on the pending Motion to Remand and Motion to Dismiss and a continuance of the Initial Case Management Conference will not affect any pretrial or trial deadlines or schedules set in this case;

NOW, THEREFORE, PLAINTIFFS AND DEFENDANT HEREBY STIPULATE AND REQUEST that the hearing on Plaintiffs' Motion to Remand and Church & Dwight's Motion to Dismiss, and the Initial Case Management Conference (along with all corresponding Fed. R. Civ. P. 16 and 26(f) dates accordingly) be continued from February 17, 2010 and March 4, 2010, respectively, to March 24, 2010, or as soon thereafter as the matters can be heard by this Court.

Dated: February 3, 2010      Proskauer LLP


By
_____/S/_____

Nancy Sher Cohen
Attorneys for Defendant
Church & Dwight Co., Inc.

3

STIPULATION RE CONTINUING HEARING ON PLAINTIFFS' MOTION TO REMAND AND DEFENDANTS' MOTION TO DISMISS AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER THEREON, CASE NO. 09-CV-05585-PJH

Dated:  February 3, 2010

Ropers, Majeski, Kohn & Bentley LLP

By _____
Timothy Dolan
Attorneys for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   2/9/10   _____



IT IS SO ORDERED
Judge Phyllis J. Hamilton

4

STIPULATION RE CONTINUING HEARING ON PLAINTIFFS' MOTION TO REMAND AND DEFENDANTS' MOTION TO DISMISS AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER THEREON, CASE NO. 09-CV-05585-PJH