UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT GORDON, et al.,

    Plaintiffs,

v.

CHURCH & DWIGHT CO., INC.,

    Defendant.
_____/

No. C 09-5585 PJH

**ORDER RE FURTHER BRIEFING**

The parties are hereby directed to submit further briefing in connection with plaintiffs' pending motion to remand, in light of the new standard regarding the determination of a corporation's principal place of business announced by the United States Supreme Court in The Hertz Corp. v. Friend, __ S.Ct. __, 2010 WL 605601 (U.S., Feb. 23, 2010).

Plaintiffs' brief, not to exceed 10 pages, shall be filed no later than Wednesday, March 3, 2010. Defendant's response, not to exceed 10 pages, shall be filed no later than Tuesday, March 9, 2010.

**IT IS SO ORDERED.**

Dated: February 25, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge